UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICK JONATHAN GUARDADO DURAN (A# 222-557-149),<br>Petitioner,<br>v.<br>CALEB VITELLO, et al.,<br>Respondents. | No. 1:26-cv-06662 DJC SCR<br><br><u>ORDER</u> |

Petitioner is a federal immigration detainee who filed this habeas corpus action pursuant to 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 18, 2026, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 12. Petitioner filed objections to the findings and recommendations and argues that the receipt of a bond hearing, standing alone, does not resolve his constitutional claim. ECF No. 13. The Court has considered all objections raised.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule

304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 11) are adopted in full.

2. Petitioner's application for a writ of habeas corpus is dismissed without prejudice as Petitioner has received the statutory relief to which he is entitled.

3. Petitioner's motion for leave to file a supplemental reply (ECF No. 12) is DENIED as moot.

4. The Clerk of Court is directed to enter judgment for Respondents and to close this case.

IT IS SO ORDERED.

Dated: **October 23, 2026**

Daniel J. Calabretta
Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE